**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KACZYNSKI, BRIAN M § Case No. 11-48839
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 S. Dearborn Street, Room 873
  Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/01/2014 in Courtroom 680, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/31/2014             By:  /s/ ALEX D. MOGLIA
                                                            Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KACZYNSKI, BRIAN M  § Case No. 11-48839
 §
 §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 141,943.26 |
| *and approved disbursements of* | $ 2,400.20 |
| *leaving a balance on hand of* [1] | $ 139,543.06 |
| **Balance on hand:** | $ 139,543.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9S | Internal Revenue Services | 250,000.00 | 250,000.00 | 0.00 | 113,106.09 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 113,106.09 |
| Remaining balance: | $ 26,436.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 10,347.16 | 0.00 | 10,347.16 |
| Trustee, Expenses - ALEX D. MOGLIA | 6.64 | 0.00 | 6.64 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 14,611.00 | 0.00 | 14,611.00 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD | 1,584.00 | 0.00 | 1,584.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 26,548.80 |
| Remaining balance: | $ -111.83 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | -111.83 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,107.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Internal Revenue Services | 11,107.13 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | -111.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 487,105.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | 4,755.31 | 0.00 | 0.00 |
| 2 | Atlas Acquisitions LLC (Citibank - THD CONSUMER) | 8,675.44 | 0.00 | 0.00 |
| 3 | Atlas Acquisitions LLC (Chase/Chemical Bank - ) | 3,427.47 | 0.00 | 0.00 |
| 4 | Discover Bank | 15,072.10 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. by American | 13,409.35 | 0.00 | 0.00 |
| 6 | FIA CARD SERVICES, N.A. as successor in interest | 29,105.49 | 0.00 | 0.00 |
| 7 | FIA CARD SERVICES, N.A. as successor in interest | 12,979.85 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 8 | Capital One,N.A. | 331.15 | 0.00 | 0.00 |
| 9U | Internal Revenue Services | 399,149.65 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ -111.83 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ -111.83 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ -111.83 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                    Case No. 11-48839-JPC
Brian M Kaczynski                                         Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: dgomez             Page 1 of 2          Date Rcvd: Apr 02, 2014
                               Form ID: pdf006          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2014.
db           #+Brian M Kaczynski,    7716 N. Oleander,    Niles, IL 60714-3122
aty           +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
                Wheaton, IL 60187-4547
18133400      +Arrow Financial Services,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
18438081      +Atlas Acquisitions LLC (Chase/Chemical Bank - ),    294 Union St.,   Hackensack, NJ 07601-4303
18437743      +Atlas Acquisitions LLC (Citibank - THD CONSUMER),    294 Union St.,   Hackensack, NJ 07601-4303
18437740      +Atlas Acquisitions LLC (HSBC Bank Nevada Natio),    294 Union St.,   Hackensack, NJ 07601-4303
18519153     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A. as successor in interest,
                 to Bank of America, N.A.(USA),   and MBNA America Bank, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
18133401     #+Baker & Miller, P.C.,    29 N. Wacker Dr., Ste. 500,   Chicago, IL 60606-3227
18133402       Bank Of America,   4060 Ogletown/stanton Rd,    Newark, DE 19713
18133403      +Blatt, Hasenmiller, Leibsker & Moore LLC,    125 S. Wacker Dr., Ste. 400,   Chicago, IL 60606-4440
18133404      +Blitt And Gaines, P.C.,    661 Glenn Ave.,   Wheeling, IL 60090-6017
18133405     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85015,   Richmond, VA 23285)
18133407      +CIGPF I CORP,   C/O Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
18498681       Capital One Bank (USA), N.A. by American,    InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC 28272-1083
18529140      +Capital One,N.A.,    c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas, TX 75374-0933
18133406       Chase,   Bank One Card Serv,    Elgin, IL 60124
18133408       Citi Bank,   C/O Tate & Kirlin Associates,    2810 Southampton Rd.,   Philadelphia, PA 19154-1207
18133409      +Consumer Recovery Asso,    2697 International Pkwy,   Virginia Beach, VA 23452-7838
18133410      +Contract Callers Inc,    1058 Claussen Rd Ste 110,   Augusta, GA 30907-0301
18133412      +Debt Buyers Inc,    3080 S Durango Dr Ste 20,   Las Vegas, NV 89117-9193
18133415      +Donald E. Erick,   C/O Teresa H. Liston,    8724 Ferris,   Morton Grove, IL 60053-2868
18133417      +FIA Card Services, N.A.,    C/O Blatt, Hasenmiller, Leibsker & Moore,
                125 S. Wacker Dr., Ste. 400,    Chicago, IL 60606-4440
18133416      +Ffcc-columbus Inc,    Po Box 20790,   Columbus, OH 43220-0790
18133418      +Freedom Capital,   C/O Messer & Stilp,    166 W. Washington, #300,   Chicago, IL 60602-2390
18133398     #+Gierum & Mantas,    9700 West Higgins Road Suite 1015,   Rosemont, IL 60018-4712
18133419      +Hsbc/saks,   140 W Industrial Dr.,    Elmhurst, IL 60126-1602
18133421      +Jefferson Capital Syst,    16 Mcleland Rd,   Saint Cloud, MN 56303-2160
18133397      +Kaczynski Brian M,    7716 N Oleander,   Niles, IL 60714-3122
18133425      +Northland Group, Inc.,    P.O. Box 390846,   Minneapolis, MN 55439-0846
18133426       Plaza Associates,   JAF Station, PO Box 2769,    New York, NY 10116-2769
18133427      +Recovery Partners Llc,    4151 N Marshall Way Ste,   Scottsdale, AZ 85251-3839
18133428      +Sst/cigpficorp,    4315 Pickett Road,   Saint Joseph, MO 64503-1600
18133429      +Yogi Patel & Vandana Patel,    C/O Michael R. Ek,   120 W. Golf Rd., Ste. 112,
                Schaumburg, IL 60195-3618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18133399      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 03 2014 00:43:51     Armor Systems Co,
                1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
18291155      +E-mail/Text: bnc@atlasacq.com Apr 03 2014 00:41:38      Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
18133411      +Fax: 309-828-9314 Apr 03 2014 01:35:09      Creditors Alliance Inc,   Po Box 1288,
                Bloomington, IL 61702-1288
18133413       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 03 2014 00:49:57      Discover Fin,   Po Box 15316,
                Wilmington, DE 19850
18448986       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 03 2014 00:49:57      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
18133414      +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 03 2014 00:49:57      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
18133420       E-mail/Text: cio.bncmail@irs.gov Apr 03 2014 00:41:56      Internal Revenue Services,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
18133422      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 03 2014 00:41:45       Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18133423      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2014 00:49:41      Lvnv Funding Llc,
                Po Box 740281,   Houston, TX 77274-0281
18133424      +E-mail/Text: bankrup@aglresources.com Apr 03 2014 00:41:27      Nicor Gas,   1844 Ferry Road,
                Naperville, IL 60563-9600
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Joseph A LaZara,   Joseph A. LaZara & Associates
aty          Joseph A. LaZara & Associates
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: dgomez              Page 2 of 2              Date Rcvd: Apr 02, 2014
                               Form ID: pdf006          Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2014 at the address(es) listed below:
              Alex D Moglia, ESQ    amoglia@mogliaadvisors.com,  IL31@ecfcbis.com
              Alex D Moglia, ESQ    on behalf of Accountant   Popowcer Katten, Ltd amoglia@mogliaadvisors.com,
               IL31@ecfcbis.com
              John E Gierum    on behalf of Debtor Brian M Kaczynski jgierum@7trustee.net,
               karen@gierummantas.com
              Joshua D. Greene    on behalf of Trustee Alex D Moglia, ESQ jgreene@springerbrown.com
              Joshua D. Greene    on behalf of Debtor Brian M Kaczynski jgreene@springerbrown.com
              Meredith S Fox    on behalf of Trustee Alex D Moglia, ESQ tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee Alex D Moglia, ESQ tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                             TOTAL: 8