**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KACZYNSKI, BRIAN M  § Case No. 11-48839
  §
  §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $125,650.00     Assets Exempt: $141,050.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $112,994.26     Claims Discharged
                                                  Without Payment: $498,212.94

Total Expenses of Administration: $28,949.00

---

3) Total gross receipts of $ 141,943.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $141,943.26 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $250,000.00 | $250,000.00 | $112,994.26 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 28,949.00 | 28,949.00 | 28,949.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 11,107.13 | 11,107.13 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 487,105.81 | 487,105.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $777,161.94 | $777,161.94 | $141,943.26 |

    4) This case was originally filed under Chapter 7 on December 05, 2011. The case was pending for 31 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/23/2014           By: /s/ALEX D. MOGLIA
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 50% probate interest in deceased mother's home | 1110-000 | 130,728.12 |
| Addtl. Interest in estate of Patricia Kaczynski | 1129-000 | 11,215.14 |
| **TOTAL GROSS RECEIPTS** | | **$141,943.26** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9S | Internal Revenue Services | 4300-070 | N/A | 250,000.00 | 250,000.00 | 112,994.26 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$250,000.00** | **$250,000.00** | **$112,994.26** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 10,347.16 | 10,347.16 | 10,347.16 |
| ALEX D. MOGLIA | 2200-000 | N/A | 6.64 | 6.64 | 6.64 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3210-000 | N/A | 14,611.00 | 14,611.00 | 14,611.00 |
| POPOWCER KATTEN, LTD | 3410-000 | N/A | 1,584.00 | 1,584.00 | 1,584.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| International Sureties, LTD | 2300-000 | N/A | 148.14 | 148.14 | 148.14 |
| Rabobank, N.A. | 2600-000 | N/A | 93.99 | 93.99 | 93.99 |
| Rabobank, N.A. | 2600-000 | N/A | 200.19 | 200.19 | 200.19 |
| Rabobank, N.A. | 2600-000 | N/A | 194.71 | 194.71 | 194.71 |
| Rabobank, N.A. | 2600-000 | N/A | 189.69 | 189.69 | 189.69 |
| Rabobank, N.A. | 2600-000 | N/A | 223.27 | 223.27 | 223.27 |
| Rabobank, N.A. | 2600-000 | N/A | 202.65 | 202.65 | 202.65 |
| Rabobank, N.A. | 2600-000 | N/A | 195.61 | 195.61 | 195.61 |
| Rabobank, N.A. | 2600-000 | N/A | 222.30 | 222.30 | 222.30 |
| Rabobank, N.A. | 2600-000 | N/A | 188.31 | 188.31 | 188.31 |
| Rabobank, N.A. | 2600-000 | N/A | 221.64 | 221.64 | 221.64 |
| Rabobank, N.A. | 2600-000 | N/A | 207.87 | 207.87 | 207.87 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 111.83 | 111.83 | 111.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $28,949.00 | $28,949.00 | $28,949.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Internal Revenue Services | 5800-000 | N/A | 11,107.13 | 11,107.13 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $11,107.13 | $11,107.13 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | 7100-000 | N/A | 4,755.31 | 4,755.31 | 0.00 |
| 2 | Atlas Acquisitions LLC (Citibank - THD CONSUMER) | 7100-000 | N/A | 8,675.44 | 8,675.44 | 0.00 |
| 3 | Atlas Acquisitions LLC (Chase/Chemical Bank - ) | 7100-000 | N/A | 3,427.47 | 3,427.47 | 0.00 |
| 4 | Discover Bank | 7100-000 | N/A | 15,072.10 | 15,072.10 | 0.00 |
| 5 | Capital One Bank (USA), N.A. by American | 7100-000 | N/A | 13,409.35 | 13,409.35 | 0.00 |
| 6 | FIA CARD SERVICES, N.A. as successor in interest | 7100-000 | N/A | 29,105.49 | 29,105.49 | 0.00 |
| 7 | FIA CARD SERVICES, N.A. as successor in interest | 7100-000 | N/A | 12,979.85 | 12,979.85 | 0.00 |
| 8 | Capital One,N.A. | 7100-000 | N/A | 531.15 | 531.15 | 0.00 |
| 9U | Internal Revenue Services | 7100-000 | N/A | 399,149.65 | 399,149.65 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $487,105.81 | $487,105.81 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-48839  
**Case Name:** KACZYNSKI, BRIAN M  

**Period Ending:** 06/23/14

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 12/05/11 (f)  
**§341(a) Meeting Date:** 01/18/12  
**Claims Bar Date:** 05/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 50% probate interest in deceased mother's home | 250,000.00 | 75,000.00 | | 130,728.12 | FA |
| 2 | CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Normal household goods and related audio, video, | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Normal wardrobes and related | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Pension other pension or profit sharing plans | 120,000.00 | 0.00 | | 0.00 | FA |
| 8 | Fortune bond | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 1964 Chevy Corvair coup | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Addtl. Interest in estate of Patricia Kaczynski | 0.00 | 0.00 | | 11,215.14 | FA |
| 10 | **Assets   Totals** (Excluding unknown values) | **$375,650.00** | **$75,000.00** | | **$141,943.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 31, 2013   **Current Projected Date Of Final Report (TFR):**   April 13, 2014

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-48839 | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | KACZYNSKI, BRIAN M | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***8182 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/23/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/13/13 | {1} | Estate of Patricia Kaczynski | PROCEEDS FROM PARENT'S PROBATE ESTATE | 1110-000 | 130,728.12 | | 130,728.12 |
| 03/21/13 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/21/2013 FOR CASE #11-48839 | 2300-000 | | 148.14 | 130,579.98 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.99 | 130,485.99 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.19 | 130,285.80 |
| 05/24/13 | {10} | Estate of Patricia Kaczynski | estate fund recovery | 1129-000 | 11,215.14 | | 141,500.94 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.71 | 141,306.23 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.69 | 141,116.54 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.27 | 140,893.27 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.65 | 140,690.62 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.61 | 140,495.01 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.30 | 140,272.71 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.31 | 140,084.40 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.64 | 139,862.76 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.87 | 139,654.89 |
| 02/28/14 | 102 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 payment for 2/1/14 - 2/1/15 | 2300-000 | | 111.83 | 139,543.06 |
| 05/05/14 | 103 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | Dividend paid 100.00% on $14,611.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 14,611.00 | 124,932.06 |
| 05/05/14 | 104 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $1,584.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,584.00 | 123,348.06 |
| 05/05/14 | 105 | Internal Revenue Services | BANKRUPTCY CASE11-48839 ,KACZYNSKI, BRIAN M       DIVIDEND ON ALLOWED CLAIM # 9S of  45.19% | 4300-070 | | 112,994.26 | 10,353.80 |
| 05/05/14 | 106 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 10,353.80 | 0.00 |
| | | | Dividend paid 100.00%     10,347.16 on $10,347.16;  Claim# ; Filed: $10,347.16 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%         6.64 on $6.64;  Claim# ; Filed: $6.64 | 2200-000 | | | 0.00 |

Subtotals :      $141,943.26      $141,943.26

{} Asset reference(s)

Printed: 06/23/2014 04:02 PM     V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-48839  
**Case Name:** KACZYNSKI, BRIAN M  

**Taxpayer ID #:** **-***8182  
**Period Ending:** 06/23/14  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 141,943.26 | 141,943.26 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 141,943.26 | 141,943.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$141,943.26** | **$141,943.26** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4166** | 141,943.26 | 141,943.26 | 0.00 |
| | $141,943.26 | $141,943.26 | $0.00 |

{} Asset reference(s)

Printed: 06/23/2014 04:02 PM    V.13.15